SUMMIT DEFENSE
A Professional Law Corporation
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903

Phone:  510-412-8900
Cell:   415-913-0787
email:  jim@summitdefense.com

Attorneys for Defendant RODOLFO PADA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | Case No. 5:23-CR-0403 SI |
| Plaintiff, | : | |
| | : | **DEFENDANT'S** |
| vs. | : | **SENTENCING** |
| | : | **MEMORANDUM** |
| RODOLFO PADA, | : | |
| | : | |
| Defendant. | : | |
| | : | |

Defendant **RODOLFO PADA** hereby submits his Defendant's Sentencing Memorandum.


Date:  February 22, 2026


Respectfully submitted,

_____
**JAMES T. REILLY,** Attorney at Law
California State Bar No. 67254
Counsel for Defendant **RODOLFO PADA**

# DEFNDANT'S SENTENCING MEMORANDUM

## I

## INTRODUCTION

Defendant Rodolfo Pada and counsel have received and reviewed the revised Presentence Investigation Report (Doc 51) prepared and filed by United States Probation Officer Specialist Melissa Moy. Mr. Pada and counsel appreciate the comprehensive, detailed and significantly favorable report, and do not disagree with or dispute any of the factual circumstances described therein.

Defendant and counsel have also received and reviewed the government's sentencing memo (Doc 52).

This Defendant's Sentencing Memorandum supplements some of the information contained in the presentence report, responds briefly to the government's sentencing memo and provides some additional information pertinent to an appropriate sentence in this case, particularly Mr. Pada's physical, health and medical issues.

## II

## COOPERATION WITH THE US ATTORNEY'S OFFICE

As noted in the revised PSR (Page 18, 1st full Paragraph), USPO Moy prepared her report and recommendation without consideration of Mr. Pada's cooperation with the government and any USSG §5k1.1 motion and/or U.S.C. §3553(f). She was also correct in saying that the US Attorney is best prepared to fully advise the court of Mr. Pada's assistance and the value thereof to the government.

The government's subsequently filed Sentencing Memo does provide information about Mr. Pada's cooperation and includes (Page 7, line 9, to page 9, line 12) a Motion for Downward Departure pursuant to U.S.S.G. § 5k1.1.

As noted therein, Mr. Pada met with U.S. attorneys and FBI agents on multiple occasions. During five major meetings with Mr. Pada, he provided information about 33 named individuals who were or may have been participating in construction permit related improprieties, including inappropriate gifts/meals and outright bribes. These meetings alone generated five 302 reports of 26 total pages.

Four of the individuals about whom Mr. Pada provided information are also identified in the government's brief as having been indicted and convicted in separate prosecutions. And, as noted in the government's memo, Mr. Pada's cooperation was particularly helpful in the prosecution of Alvin Yang.

Mr. Pada appreciates the government's recognition of his cooperation, though he disagrees with the conclusion that a sentence of 12 months and a day is warranted.

While it is true that Mr. Pada's conduct was more serious than that of the other two DBI officials mentioned in the government's brief as having been prosecuted for accepting bribes (Bernard Curran and Cyril Yu, each of whom was sentenced to 12 months in custody), it is noteworthy that neither of those individuals cooperated with the government.

The government memo also notes that defendants Ghassemzadeh, Tahbazof and Khoshenevisan (characterized as Mr. Pada's "co-conspirators) were all sentenced to terms of probation without any

period of incarceration. Although not specified in the government memo, on February 13, 2026, Alvin Yang was also sentenced by this court to a term of probation of three years, again without any time in custody.[1]

While Mr. Pada appreciates the recognition of his cooperation by way of a 5K1.1 motion for downward departure from the sentencing guidelines, it appears that the extent of his cooperation and the sentences imposed on other individuals, as described above and in the government's sentencing memo, as well as other considerations discussed below, warrant imposition of a lesser prison term than recommended by the government.

**III**

**MR. PADA'S PHYSICAL, HEALTH AND MEDICAL ISSUES**

The revised PSR briefly addresses (Page 9, Paragraphs 46 & 47) Mr. Pada's physical, health and medical issues. He would like, however, to expand on the information in the PSR so as to fully advise the court of the difficult circumstances in which he is currently living.

As indicated in the PSR, he has been hospitalized on multiple occasions and is currently taking numerous prescriptions. Because of his memory issues, his wife Perlita Pada plays a significant role in making sure that he takes all of the necessary medications and attends all of his required medical appointments.

---

[1] The government brief (Page 8, lines 2-3) incorrectly cites Mr. Yang's case as **25**-CR-00536 SI. The correct citation is **24**-CR-00536 SI.

Mr. Pada suffers from health issues that make even day-to-day living difficult (all described in more detail below and in Exhibit A). Mrs. Pada also plays an essential role in Mr. Pada's life all day, every day, assisting him in many of life's normal activities.

Both Mr. and Mrs. Pada have expressed concerns about him being incarcerated, fearing that without the assistance of his wife and the multiple medical providers on whom he also relies, he will die in prison.

Mr. Pada has been providing to his supervising Pretrial Services Officers monthly reports regarding his health status. Copies of these reports from January 2025 to February 2026 are collectively attached as Exhibit A to this memorandum.

As noted in these reports, in addition to the ongoing requirement that he take numerous medications and perform a variety of health-related activities, including daily walks, bike rides, treadmill walks, carrying weights, and use of a cardiac therapy exerciser, the reports reflect that in the 14 months involved, Mr. Pada has 61 medical appointments related to heart problems (including coronary artery disease and stent surgery), vertigo, sciatica, abdominal aneurism, glaucoma, thyroid issues, diabetes, prostate issues, blood disorders, insomnia, postauricular lesion/mass, chest & shoulder pain, chronic neck pain, cervical radiculopathy (pinched neck nerve) and foraminal stenosis (narrowing of the small, bony, passageways on the side of the vertebrae).

The extent and severity of Mr. Pada's medical issues warrant the concerns he and his wife have expressed about what will happen to him if he is incarcerated. It seems highly unlikely that the Bureau of Prisons is capable of providing the variety of specialists and

treatments upon which Mr. Pada is currently relying to keep himself alive and well.

## IV
## REQUESTED SENTENCE

In light of all of the circumstances described above … and in particular, Mr. Pada's health/medical issues … a lesser sentence than requested by the government (12 months and a day) or even the nine months in custody recommended in the revised PSR (Page 18, 2nd full paragraph, 12th line) would be appropriate.

Mr. Pada respectfully submits that a non-custodial sentence is appropriate in his case and requests that the court so order. In the alternative, if a period of custody is ordered, Mr. Pada requests that he be permitted to serve that sentence on home detention, which would enable him and his wife to maintain his medical treatments and appointments in an appropriate manner.

**JAMES T. REILLY,** Attorney at Law
California State Bar No. 67254
Counsel for Defendant **RODOLFO PADA**

Exhibit A



## January 2025 - monthly reporting.

**From** rodolfo pada <rodolfobpada@yahoo.com>
**Date** Tue 2025-01-14 6:42 PM
**To**   Vanessa Vargas <vanessa_vargas@canpt.uscourts.gov>; James Reilly
        <jim@summitdefense.com>

Good evening Ms. Vanessa Vargas,

Happy New Year 2025.

I am writing to report to you for the month of January 2025.

Medical Health Status:
: Continue taking the prescribed Heart Medications to improve blood flows to the heart.
: February 5, 2025 - Transthoracic Echo W Doppler heart functioning test.
: February 11, 2025 - Patient Return follow-up with Dr. Tania Nanevicz, MD Cardiologist.
: February 13, 2025 -8:45 AM, Podiatry Patient Return Follow-up
: February 13, 2025- 11:25 AM, Health Exam, Dr Qia Zhang, MD
: March 12, 2025 - Patient Return , Vertigo & Sciatic Exam, Dr David Ellison, MD
: March 18, 2025 - Patient Return, Glaucoma Eye Exam, Dr Koo, MD
: Continuing Therapy on Sciatic Nerve as required by Dr Zhang.

Right now, I am here in Las Vegas, Nevada at 9417 Fontainbleu Drive property address, staying with my daughter, Riza Faye Pada.

I am helping Riza Faye,  making repair works on the house and complying with the Home Owner Association Notices - painting, cleaning the yard landscapes, plumbing leaks and electrical works.

Sincerely,

Rodolfo (Rudy) Pada
Email: rodolfobpada@yahoo.com
Tel: (650) 537-9434

 Outlook

## Monthly Reporting - February 15, 2025

**From** rodolfo pada <rodolfobpada@yahoo.com>
**Date** Sat 2025-02-15 3:57 PM
**To**   Vanessa Vargas <vanessa_vargas@canpt.uscourts.gov>
**Cc**   James Reilly <jim@summitdefense.com>

Good Afternoon Ms Vanessa Vargas,

I am reporting to you for the month of February 2025 - as a follow up of our February Quarterly Check- in Facetime Meeting last Wednesday, 2/5/2025 at 1:45 PM.

Health Status:
1) Echo Test, 2/5/2025 - slowly improved of my Heart Transplant and 2 - stents.
2) Cardiologist Follow Up with Dr Nanevicz, 2/11/2025 - continous prescribed medications to provide blood flows to the heart. Next follow up on June 12, 2025 at 10:50 AM.
3) Wellness Check up, 2/13/2025 with Dr Zhang - scheduled for AAA (abdominal annurism), renewal medications & prescribed new medications. Next follow-up, May 29, 2025 at 11;25 AM.
4) Glaucoma Check Up with Dr Koo, 11:45AM, 2/12/2025 - prescribed new medications. Next Follow up check up, 6/18/2025 & Eye Test.
5) Sciatic Follow-up with Dr Ellison on March 12, 2025 at 4PM.
6) Continuos Sciatic Therapy

Thank you and have a good weekend.

Sincerely,

Rodolfo Pada
email: rodolfobpada@yahoo.com
Tel: (650) 537-9434



# Monthly Reporting - March 14, 2025

**From** rodolfo pada <rodolfobpada@yahoo.com>

**Date** Fri 2025-03-14 9:47 AM

**To**   Vanessa Vargas <vanessa_vargas@canpt.uscourts.gov>; James Reilly <jim@summitdefense.com>

Good Morning Ms Vanessa Vargas,

I am writing to report to you for the month of March 2025.

Health Status:
1) Vertigo and Sciatic - follow up check up on March 12 at 3:45 PM with Dr Ellison. Prescribed Medication.
2) Continuos sciatic therapy as needed.
3) Continous Medication for Glaucoma - Ropressa, Timolol and Simbrinza
4) Continuos Heart Medication.
5) Continous heart therapy as required.

Thank you and have a good weekend.

Sincerely,

Rodolfo Pada
email: rodolfobpada@yahoo.com



# Month of April 2025 - Reporting, April 15, 2025

**From** rodolfo pada <rodolfobpada@yahoo.com>
**Date** Tue 2025-04-15 8:47 AM
**To** Vanessa Vargas <vanessa_vargas@canpt.uscourts.gov>; James Reilly <jim@summitdefense.com>

Good Morning Ms. Vanessa Vargas,

First of all, happy Easter week.

I am writing to report to you for this Month of April 15, 2025.

Health Status:

1. Cardiac Therapy - continous taking medication as required by Cardiologist Dr. Nanevicz.
                              Required to walk for 1:15 hour thru 1:30 hour daily and cardio
                              machine exercise true bike, treadmill and carry weights on-daily basis.
2. General Check Up - May 29, 2025, 11:50 AM with  Dr. Zhang. Medication, Blood Test,
                              Thyroid, Diabetes, Sciatic Evaluation.
3. Cardio Follow-Up Check - June 12, 2025, 10:50 AM  with Dr Nanevicz at Mills Hospital. Heart
                              Functions and Medication Evaluation.
4. Glaucoma Special Testing -  June 12, 2025, 9 AM, Peninsula Ophthalmology Group.
5. Glaucoma Evaluation Check Up - June 16, 2025, 3:50 PM Dr. Edward Koo Peninsula
                              Ophthalmology Group. Evaluate Medication for Ropressa, Simbrinza
                              and Timolol.

I am slowly progressing on my glaucoma, sciatic therapy, diabetes diseases and heart conditions.

Thank you so much and Safe Easter.


Sincerely,

Rodolfo Pada
Email: rodolfobpada@yahoo.com



## Monthly Reporting - May 14, 2025

**From** rodolfo pada <rodolfobpada@yahoo.com>

**Date** Wed 2025-05-14 3:45 PM

**To** Reanna Agah <reanna_agah@canpt.uscourts.gov>; James Reilly <jim@summitdefense.com>; Sanjana Rajupalem <sanjana_rajupalem@canpt.uscourts.gov>

Good Afternoon Ms. Reanna Agah.

I am reporting to you for the month of May 2025.

On Monday, May 19, 2025 at 9:30 AM a Quarterly Check-in via Facetime.

I received the link that was sent out by Ms Sanjana Rajupalem, U.S. Pretrial Services Technician.

Status Health Update:
1) Cardiac Therapy - continuing medication.
2) June 12, 2025 at 10:50 AM - Cardiology with Dr Tania Nanevicz, medication evaluation and heart check up.
3) June 12, 2025 at 9:00 AM and June 16, 2025 - glaucoma Eyes test and medication renewal with Dr Edward Koo.
4) May 29, 2025 at 11:40 AM - Medication Evaluation with Dr Zhang, medicines renewals (diabetes, prostate medication and sciatic).
5) July 10, 2025 at 11:05 AM - ENT follow up check on left ear surgery with Dr David Ellison.

Thank you and have a good day.

Sincerely,

Rodolfo Pada
Email: rodolfobpada@yahoo.com
Tel: (650) 537-9434

# Monthly Reporting - June 14, 2025

**From** rodolfo pada <rodolfobpada@yahoo.com>

**Date** Fri 2025-06-13 3:09 PM

**To** Reanna Agah <reanna_agah@canpt.uscourts.gov>; James Reilly <jim@summitdefense.com>

Date : June 13, 2025

Good Afternoon Ms Reanna Agah,

I am writing and reporting to you for the month of June 2025.

Health Status Update:

1) June 12, 2025 - Cardiology, Dr Tania Nanevicz. As directed, continue current medications and Cardiac Therapy Exerciser, stop plavix ( clopidogrel). Renewal of Cardioligy Medications. schedule for follow check up.
2) June 12, 2025 - Glacuoma Test, Dr Koo, Peninsula Opthalmology Group. Continue medications.
3) June 3, 2025 - Oncology/Hematology, Dr. Julian McLain, MD. Alpha Thalassemia Blood Disorder medication. As requested to undergo Abdomen Ultrasound Test on July 2025.
4) May 30, 2025 - US AAA Ultrasound Aortic Aneurysm Test, Dr Zhang.
5) May 29, 2025 - Follow Check Up, Dr Zhang. Continue Medication for Diabetes and Blood Test.

Future Travel:

I will be traveling to Las Vegas on June 21, 2025 and returning on July 16, 2025 ( see previous email sent, dated June 9, 2025 - Travel to Las Vegas on June 21, 2025). We will be staying at 9417 Fontainbleu Drive, Las Vegas with my daughter, Rizafaye Pada. I will be working on the house, painting & other works to comply with the Notice of Queenridge Homeowner Association.

Thank you.

Sincerely,

Rodolfo Pada
Email: rodolfobpada@yahoo.com
Tel: (650) 537-9434

## Monthly Reporting - July 14, 2025

**From** rodolfo pada <rodolfobpada@yahoo.com>
**Date** Mon 2025-07-14 12:01 PM
**To** Reanna Agah <reanna_agah@canpt.uscourts.gov>; James Reilly
<jim@summitdefense.com>

Date: July 14, 2025

Good Morning Ms Reanna Agah,

I am writing and reporting to you for the month of July 2025.

First of all, I am back home in Millbrae, California due to my Doctor
Appointments and Ultrasound Test at Mills Peninsula Medical Center,
Burlingame, California.

Health Status Update:

1) July 14, 2025 - Mills Peninsula Medical Center. Ultrasound Abdominal Test
as required by
Dr Julian McLain, MD Oncologist.
2) July 16, 2025 - Patient Return follow up and check on Ultrasound
Abdominal Test (July 14, 2025).
3) July 10, 2025 - Dr David Ellison, MD, follow-up check up on Vertigo and
Nose bleeding.
4) June 16, 2025 -Dr Koo, MD Glacuoma Test follow-up check and eye testing.
Change medications.
5) June 16, 2025 - Dr Zhang, MD, Health and Medication Assesments and
follow-up.

As you know, I am trying to survive due my Medical Conditions, heart,
diabetes, vertigo, blood disorder, glacuoma, and sciatica nerve problems.

Hopefully, I will get better and be able to live a healthy living.

Thank you so much.

Sincerely,

Rodolfo Pada
Email: rodolfobpada@yahoo.com
Tel: (650) 537-9434
Cell: (650) 652-4773



## Subject: Monthly Reporting - August 14, 2025

**From** rodolfo pada <rodolfobpada@yahoo.com>

**Date** Thu 2025-08-14 2:50 PM

**To**     Reanna Agah <reanna_agah@canpt.uscourts.gov>; James Reilly
<jim@summitdefense.com>

Date: August 14, 2025

Good Afternoon Ms Reanna Agah,

I am writing and reporting to you for the month of August 2025.

**Health Status Update:**

1) August 6, 2025 - follow up check up with Dr Qia Zhang, primary doctor. Review
and renewal of Medications. Coronary artery disease, diabetes disease, insomnia,
glacuoma disease, sciatic problem. Return for November 7, 2025 for doctor
appointment and blood test examination.

2) July 30, 2025 - follow up check with Dr Julian McLain, Oncologist regarding result
of Abdominal MRI examination. Instructed and advised to return on December 3,
2025 for Phatology Review Hematology test.

3) July 16, 2025 - follow up check with Dr Julian McLain, Oncologist regarding blood
test. Instructed to return July 30, 2025 for further test and examination.

4) July 30, 2025 - folow up check with Dr Edward Koo, Glacuoma test and
medication. Advised to return on December 17, 2025.

Furhermore, continuing taking my prescribe medications.

**Future Travel:**

I am requesting to **travel to Las Vegas on August 28, 2025 thru September
18, 2025.** I will be traveling with my wife Perlita Pada, and staying with my
daughter, Rizafaye Pada at home address, 9417 Fontainbleu Drive, Las Vegas, NV.

Thank you for your kind and consideration regarding this matter.

Sincerely,

Rodolfo Pada
Email: rodolfobpada@yahoo.com
Tel: (650) 537-9434
Cell: (650) 652-4773

## Monthly Reporting - September 11, 2025

**From** rodolfo pada <rodolfobpada@yahoo.com>

**Date** Thu 2025-09-11 12:11 PM

**To** Jessica Portillo <jessica_portillo@canpt.uscourts.gov>; Reanna Agah
<reanna_agah@canpt.uscourts.gov>

**Cc** James Reilly <jim@summitdefense.com>

Good Morning Officer's Jessica Portillo and Reanna Agah,

I am writing and reporting to you for the month of September 2025.

I am here at 9417 Fontainbleu Drive, Las Vegas, Nevada, staying with my
daughter, Rizafaye Pada and Perlita Pada (as stated on my August 14, 2025
email to Officer Reanna Agah).

Health Update Status:

1) August 6, 2025 - follow-up check up, Dr Zhang for blood test result,
dizziness, and medications.
Advised tor return on November 7, 2025.

2) October 9, 2025 - follow-up check up, Dr Ellison for Vertigo and Sciatic
examination.

3) December 7, 2025 - follow-up check up. Pathology/Hematology Test, Dr
McLain, Oncologist.

4) December 17, 2025 - follow-up check up, Dr Koo,MD, Glacuoma Test and
Examination.

Furthermore, continuing heart medications prescribed Dr. Tania Nanevicz,
Cardiologist.

Thank you so much.


Sincerely,

Rodolfo Pada
Email: rodolfobpada@yahoo.com
Tel: (650) 537-9434
Cell: (650) 652-4773



## Subject: Monthly Reporting - October 14, 2025

**From** rodolfo pada <rodolfobpada@yahoo.com>
**Date** Tue 2025-10-14 1:40 PM
**To**    Jessica Portillo <jessica_portillo@canpt.uscourts.gov>
**Cc**    James Reilly <jim@summitdefense.com>

Date : October 14, 2025

Good Morning Officer Jessica Portillo,

I am writing and reporting to you for the month of October 2025.

Health Status Update:

1) October 9, 2025 - Mills Peninsula Hospital Medical Center. Dr David Ellison, Vertigo and Postauricular Lesion recurring mass check up. Scheduled for January 15, 2026 follow up.
2) November 7, 2025 - Mills Peninsula Hospital Medical Center. Dr Andy Zhang, Primary Care Doctor. Medicines Renewal and Medical Check for Diabetes, Sciatic, Test and Specialist Referral.
3) December 3, 2025 - Dr Julian McLain, Hematologist/Oncologist. MD. Blood Test Results and Recheck for Blood Disorder.
4) December 17, 2025 - Dr Koo, MD. Glacuoma Test and Check Up. Renewal Medications.

Continues Heart Therapy and Medication as prescribed by Cardiologist, Dr Nanevicz and Cardiology Department; Continues Glacuoma, Diabetes Medication and Sciatica Theraphy.

Future Travel:

I am requesting to travel to Las Vegas on October 26, 2025 thru November 6, 2025. I will be travelling with my wife, Perlita Pada and staying with Daughter, Rizafaye Pada, 9417 Fontainbleu Drive, Las Vegas, NV.

Thank you so much.

Sincerely,

Rodolfo Pada
Email: rodolfobpada@yahoo.com
Tel: (650) 537-9434
Cell: (650) 652-4773


## Monthly Reporting - November 14, 2025

**From** rodolfo pada <rodolfobpada@yahoo.com>

**Date** Fri 2025-11-14 11:45 AM

**To**  Jessica Portillo <jessica_portillo@canpt.uscourts.gov>; James Reilly <jim@summitdefense.com>

Date: November 14, 2025

Good Morning Officer Jessica Portillo,

I am writing and reporting to you for the month, November 2025.

### Health Status Update:

Last November 7th, Friday, I suffered a intermittent chest pain and went to my Cardiologist at Mills Peninsula Hospital. Cardiologist scheduled me for EKG last Monday Morning, November 10th at 10am - EKG was conducted.

On Monday, November 17, 2025, 11;50 am - scheduled further evaluation check up with Dr Nanevicz, MD Cardiologist.

### Listed below are my scheduled Medical Appointments:

1) November 17, 2025 - Dr Nanevicz, 11:50 am - further Cardiology Evaluation at Mills Peninsula Hospital.
2) November 19, 2025 - MRI, 8:15 am, shoulder and spine at Mills Peninsula Hospital.
3) December 17, 2025 - Edward Koo, MD,10:10 am, Glacuoma Test and evaluation Check up.

### Future Travel:

I am requesting to travel to Las Vegas on November 28, 2025 (Thanksgiving) thru December 13, 2025. I will be travelling with my wife, Perlita Pada and staying with Daughter, Rizafaye Pada at 9417 Fontainbleu Drive, Las Vegas, NV.

Thank you so much. Have good day.

Sincerely,

Rodolfo Pada
Email: rodolfobpada@yahoo.com
Cell: (650) 652-4773
Tel:  (650) 537-9434



## Sunject : Monthly Reporting - December 15, 2025

**From** rodolfo pada <rodolfobpada@yahoo.com>
**Date** Mon 2025-12-15 11:11 AM
**To** Jessica Portillo <jessica_portillo@canpt.uscourts.gov>; James Reilly <jim@summitdefense.com>

Date: December 15, 2025

Good Morning Officer Ms. Jessica Portillo.

I am writing and reporting to you for the month of December 2025.

**Health Status Update:**

November 17, 2025 - Follow up check-up and evaluation of EKG, Coronary artery disease and Chest Pain Assessment. Instructed to get Chest X-RAY, 2 views for Chronic Cough.
Schedule for further evaluation on January 13, 2026 with Dr Nanevicz, Cardiologist.

November 23, 2025 - MRI CERVICAL SPINE WO CONTRAST due to Chronic Neck Pain and Right Cervical Radiculopathy at 100 S San Mateo Medical Center Hospital- results severe C4-5
and C5-C7 neutral foraminal stenosis due to uncovertebral joint osteophytes.

November 26, 2025 - Follow Check-up with Dr McLain, MD oncologist - Thalassemia and Leukopenia condition.

Listed below are my scheduled Medical Appoitments:

1) December 17, 2025 - Dr Edward Koo, MD, 9:45 AM - Glacuoma Test and follow check-up. Renewal of Medications, Timolol, Simbrinza and Rhopressa.

2) December 17, 2025 -Dr Agubuzu Ogoegbunam, MD - Medicine and Rehab due to severe
C4-5, C5-C7 uncovertebral joint osteophytes neck pain and right cervical radioculopathy.

3) January 13, 2025 - Dr Tania Nanevicz, Cardiology Follow Check - up, Coronary Artery Disease.
4) January 15, 2025 - Dr David Ellison, MD, Vertigo and Sciatica follow check-up.

Wishing you and your family a Merry Christmas and New Year filled with happiness and peace.

With heartfelt thanks,

Sincerely,

Rodolfo Pada
Email: rodolfobpada@yahoo.com
Telephone: (650) 537-9434
Cell Phone: (650) 652-4773



## Monthly Reporting - January 14, 2026

**From** rodolfo pada <rodolfobpada@yahoo.com>
**Date** Wed 2026-01-14 12:16 PM
**To** Jessica Portillo <jessica_portillo@canpt.uscourts.gov>; James Reilly <jim@summitdefense.com>

Date: Tuesday, January 14, 2026 at 11:20 AM

Good Morning Officer  Ms. Jessica Portillo,

I am writing and reporting to you for the month of January 2026.

**Health Status Update:**

January 8, 2026 - Dr Nanevicz, Cardiologist, 11 AM. Chest pain assessment & evaluation of Chess EKG, blood test results. Medication instructions and renewal of required medication. Scheduled for follow up.

January 8, 2026 - Dr Edward Moon, MD, Orthopedic 1:15 PM. Assessment & evaluation of MRI and Right hand cervical X-Ray. Scheduled for March 18, 2026 surgery.

December 17, 2025 - Dr Agubuzu, MD, Orthopedic, 2 PM. Evaluation of MRI. scheduled for Therapy program.

December 17, 2025 - Dr Edward Koo, MD. Glacouma follow-up. Renewed medications, Rhopressa, Timolol, Simbrinza. Scheduled for Test and follow-up.

**Listed Below are my scheduled Medical Appointments:**

1) January 15, 2026 - Dr David Ellison, MD. Vertigo and Sciatica follow-up.

2) January 16, 2026 - Dr Jennifer Chu, MD, Endocrinology. Diabetes diseases follow-up and medications evaluations and renewal.

3) February 18, 2026 - Dr Qia Zhang, MD. Primary Doctor, follow up and Test results evaluation. Medications renewals.

4) February 24, 2026 - Dr Bryan Wong, MD, Orthopedic. Physical Therapy.

Thank you so much. Happy New Year 2026.


Sincerely,


Rodolfo Pada
Email: rodolfobpada@yahoo.com
Cell: (650) 652-4773
Telephone: (650) 537-9434



## Subjececkt: Monthly Reporting - February 13, 2026

**From** rodolfo pada <rodolfobpada@yahoo.com>
**Date** Fri 2026-02-13 2:35 PM
**To** Jessica Portillo <jessica_portillo@canpt.uscourts.gov>; James Reilly <jim@summitdefense.com>

Date: Friday, February 13, 2026 at 1:55 PM

Good Afternoon Officer Ms Jessica Portillo,

I am writing and reporting to you for the month of February 2026.

### Health Status Update:

Heart Condition - slowly improving after my Cardiologist Check up and evaluation by Dr Nanevicz, Cardiologist. Chest-Pain improved with medications and therapy as directed. I was advised to seek emergency at Emergency Room when chest pain occurs instead of calling the Cardiology Department for appointments.

January 13, 2026 - Retest blood test today, as required by Dr Qia Zhang per January 16, 2026 test by Dr Jennifer Chu, MD Endocrinology, regarding urine - creatinine reading.

### Listed Below are my scheduled Medical Appointments:

1) February 18, 2026 - Dr Qia Zhang, Primary Doctor, follow up and test results evaluations. Medicines Renewals. Possible referral to Neprologist Specialist Doctor for Kidney Evalaution.

2) February 24, 2026 - Dr Brian Wong, MD Orthopedic, Spinal Evaluation and Theraphy Program.

3) March 6, 2026 - Dr Frederick Bartholomew, MD follow-up check up and medications.

Thank you so much. Have a good weekend.

Sincerely,

Rodolfo Pada
Email: rodolfobpada@yahoo.com
Tel: (650) 537-9434
Cell:(650) 652-4773